UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLY KUON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 07-1700 (ESH) |
| ALBERTO GONZALES *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

## TRANSFER ORDER

Petitioner is a prisoner at the Federal Correctional Complex in Beaumont, Texas, seeking a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S. Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. In the interest of justice, the Court will transfer the case. Accordingly, it is this 26th day of September 2007,

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), the case is **TRANSFERRED** to the United States District Court for the Eastern District of Texas.

/s/
ELLEN SEGAL HUVELLE
United States District Judge